IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLARENCE E. REED,

    Petitioner,

v.

JUDY SMITH, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-345-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of Clarence E. Reed for a writ of habeas corpus under 28 U.S.C. § 2254 is denied for his failure to show that he is in custody in violation of federal law.

_____  _____
Peter Oppeneer, Clerk of Court            7/12/11
                                                  Date